UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ALASDAIR TURNER,<br><br>        Plaintiff,<br><br>   v.<br><br>APPLE, INC.,<br><br>        Defendant. | Case No.  5:20-cv-07495-EJD<br><br>**SCHEDULING ORDER** |

On April 18, 2025, the Court held a status conference with the parties to discuss issues related to the discovery schedule. After considering the parties' joint status report (ECF No. 221) and the discussion at conference, the Court amends the discovery deadlines in this case as follows:

| Event | Date |
|---|---|
| Deadline to File Motions re Pending Discovery Disputes | May 2, 2025 |
| Deadline to File Motions re Any Other Discovery Disputes | 3 weeks after Judge Cousins resolves all pending disputes |
| Close of Fact Discovery | July 18, 2025 |

In addition, from the date of this Order, Plaintiff Alasdair Turner may not serve any new discovery (document requests, written discovery, deposition notices, or otherwise) without leave of court. This restriction does not prevent Plaintiff from following up on already-served discovery, including filing discovery motions consistent with the deadlines above.

As the Court has already granted several extensions, the Court is not inclined to grant further extensions of global discovery deadlines absent highly compelling reasons. To the extent any modifications of the deadlines for the filing of discovery motions are prudent or necessary, the

Case No.: 5:20-cv-07495-EJD
SCHEDULING ORDER       1

1  Court **REFERS** the authority to modify those deadlines to Judge Cousins.  Further, to the extent
2  that any of Judge Cousins' discovery orders require discovery activity past the close of fact
3  discovery, the Court **REFERS** the authority to extend discovery for discrete issues to Judge
4  Cousins.

**IT IS SO ORDERED.**

Dated:  April 18, 2025

EDWARD J. DAVILA
United States District Judge

Case No.: 5:20-cv-07495-EJD
SCHEDULING ORDER                    2