David Berger (SBN 277526)
Amanda M. Karl (SBN 301088)
Jane Farrell (SBN 333779)
Jennifer Sun (SBN 354276)
Anna Katz (SBN 353036)
**GIBBS MURA LLP**
1111 Broadway, Suite 2100
Oakland, California 94607
Telephone: 510-350-9700
Fax: 510-350-9701
dmb@classlawgroup.com
amk@classlawgroup.com
jgf@classlawgroup.com
jsun@classlawgroup.com
ajk@classlawgroup.com

Kim D. Stephens, P.S. (*pro hac vice*)
Jason T. Dennett (*pro hac vice*)
Kaleigh N. Boyd (*pro hac vice*)
**TOUSLEY BRAIN STEPHENS PLLC**
1200 Fifth Avenue, Suite 1700
Seattle, Washington 98101
Telephone: 206-682-5600
Fax: 206-682-2992
kstephens@tousley.com
jdennett@tousley.com
kboyd@tousley.com

*Counsel for Plaintiff and the Proposed Class*

Claudia M. Vetesi (CA SBN 233485)
CVetesi@mofo.com
Camila A. Tapernoux (CA SBN 299289)
CTapernoux@mofo.com
**MORRISON & FOERSTER LLP**
425 Market Street
San Francisco, California 94105-2482
Telephone: 415.268.7000
Facsimile: 415.268.7522

Adam J. Hunt (*pro hac vice*)
AdamHunt@mofo.com
Janie C. Buckley
JBuckley@mofo.com (*pro hac vice*)
**MORRISON & FOERSTER LLP**
250 West 55th Street
New York, New York 10019
Telephone: 212.468.8000
Facsimile: 212.468.7900

*Attorneys for Defendant*
APPLE INC.

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| ALASDAIR TURNER, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>APPLE INC., a California corporation,<br><br>Defendant. | Case No. 5:20-cv-07495-EJD<br><br>**JOINT DISCOVERY STATUS REPORT**<br><br>Judge: Hon. Nathanael Cousins<br>Dept: Courtroom 5 – 4th Floor<br>Date: July 16, 2025<br>Time: 11:00am |

The parties submit this joint discovery status report ahead of their July 16, 2025 discovery hearing. *See* Dkt. Nos. 344, 345.

I. **Contents of status report**

    (a) 30(b)(6) Topic 6;

    (b) Other potential dispute.

II. **30(b)(6) Topic 6**

As detailed in their last status joint discovery status report, *see* Dkt. No. 343, Plaintiff agreed to review a draft declaration provided by Apple describing communications between Apple and cellular network carriers in the United States related to data usage attributed to Uninstalled Apps or System Services in iOS 13—potentially in lieu of a 30(b)(6) deposition on the same topic.

Plaintiff requested that Apple provide its draft by July 3, so that Plaintiff will be able to take a deposition before the July 18 close of fact discovery, should one be necessary. Apple originally anticipated providing the declaration by early this week, but now anticipates providing the declaration by Monday, July 14. Should this issue ripen into a dispute, the parties hope they will be able to resolve it without the Court's intervention. If not, Plaintiff anticipates asking the Court to order Apple to designate a 30(b)(6) representative on topic 6 and make them available for a two-hour deposition prior to the July 18 fact discovery deadline, or as soon as otherwise practicable.

III. **Other potential dispute**

Plaintiff's Separate Statement:

Based on information Plaintiff recently obtained, Plaintiff plans to revisit with Apple a discovery issue that is not yet ripe for the Court at the time of this filing. Plaintiff hopes to resolve the issue without the Court's involvement. However, given the close of fact discovery in one week, should the parties fail to reach agreement, Plaintiff anticipates moving to compel on the matter by July 25, pursuant to Civil Local Rule 37-3.

Apple's Separate Statement:

Plaintiff first raised with Apple a "potential discovery issue" only 13 hours before the deadline to submit this joint status report. Plaintiff has not provided Apple with any additional information

1  about this "issue"; in fact, when Apple asked Plaintiff for more information, Plaintiff's counsel refused
2  to do so.  Apple does not agree that Plaintiff is entitled to raise any additional discovery disputes at this
3  point in the case and further disputes that Plaintiff would be permitted to file a motion to compel after
4  the close of fact discovery.  Here, the Court entered a separate deadline by which Plaintiff was to bring
5  any discovery motions, including any motions to compel. (See ECF No. 232.)  That deadline (three
6  weeks after the Court's May 15 Orders resolving then-pending discovery dispute or June 5) has long
7  since passed.

Dated: July 11, 2025

**GIBBS MURA LLP**

By:  */s/ David M. Berger*

David Berger (SBN 277526)
Amanda M. Karl (SBN 301088)
Jane Farrell (SBN 333779)
Jennifer Sun (SBN 354276)
Anna J. Katz (SBN 353036)
**GIBBS MURA LLP**
1111 Broadway, Suite 2100
Oakland, California 94607
Telephone: (510) 350-9700
Fax: (510) 350-9701
dmb@classlawgroup.com
amk@classlawgroup.com
jgf@classlawgroup.com
jsun@classlawgroup.com
ajk@classlawgroup.com

Kim D. Stephens, P.S. (*pro hac vice*)
Jason T. Dennett (*pro hac vice*)
Kaleigh N. Boyd (*pro hac vice*)
**TOUSLEY BRAIN STEPHENS PLLC**
1200 Fifth Avenue, Suite 1700
Seattle, Washington 98101
Telephone: (206) 682-5600
Fax: (206)- 682-2992
kstephens@tousley.com
jdennett@tousley.com

|  |  |
|---|---|
|  | kboyd@tousley.com |
|  | *Counsel for Plaintiff and the Proposed Class* |
| Dated: July 11, 2025 | **MORRISON & FOERSTER LLP** |
|  | By: /s/ *Camila A. Tapernoux* |
|  | Claudia M. Vetesi (CA SBN 233485)<br>CVetesi@mofo.com<br>Camila A. Tapernoux (CA SBN 299289)<br>CTapernoux@mofo.com<br>425 Market Street<br>San Francisco, California 94105-2482<br>Telephone: 415.268.7000<br>Facsimile: 415.268.7522 |
|  | Adam J. Hunt (*pro hac vice*)<br>AdamHunt@mofo.com<br>**MORRISON & FOERSTER LLP**<br>250 West 55th Street<br>New York, New York 10019<br>Telephone: 212.468.8000<br>Facsimile: 212.468.7900 |
|  | *Attorneys for Defendant*<br>APPLE INC. |

## ATTESTATION

I, David M. Berger, attest that for all conformed signatures indicated by a "/s/," the signatory has concurred in the filing of this document.

/s/ *David M. Berger*
David M. Berger